# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

JOHNEY LEE LAMPROE                                                      PLAINTIFF

v.                              Civil No. 05-5213

JUDGE WILLIAM STOREY;
STATE OF ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
LEANNA HOUSTON, Public Defender;
BILL JONES, Prosecuting Attorney                                       DEFENDANTS

## O R D E R

As it appears this case may be resolved on motion for summary judgment, Sheriff Tim

Helder is directed to file such a motion on or before **June 9, 2006**. Once the summary judgment

motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the

motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment

until so ordered by the court.

IT IS SO ORDERED this 18th day of April 2006.


/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE