**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JOHNNY LEE LAMPROE**   **PLAINTIFF**

**v.**   **Civil No. 05-5213**

**TIM HELDER, Sheriff, Washington
County, Arkansas**   **DEFENDANT**

### O R D E R

Now on this 29th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #17), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                      **/s/Jimm Larry Hendren**
                                                      **HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**